## HAMBY v. COLLIS.

FISH, C. J. There being no complaint that any errors of law were committed on the trial, and there being evidence sufficient to support the verdict, the court did not err in refusing a new trial.

> *Judgment affirmed. All the Justices concur.*
> FEBRUARY 23, 1914.

Action of slander. Before Judge Morris. Fannin superior court. December 14, 1912.

*Thomas A. Brown,* for plaintiff.

*A. S. J. Hall* and *William Butt,* for defendant.

---

## CAMP v. CAMP.

ATKINSON, J. The plaintiff obtained a verdict granting her a total divorce on the ground of cruel treatment. After the rendition of the second verdict the defendant made a motion for new trial, which was granted by the court. It was discretionary with the jury, in determining whether the plaintiff was entitled to a divorce, to grant either a divorce a vinculo matrimonii or a divorce a mensa et thoro. Civil Code, § 2946. The evidence not demanding the verdict rendered, the discretion of the judge in the first grant of a new trial will not be disturbed.

> *Judgment affirmed. All the Justices concur.*
> FEBRUARY 23, 1914.

Divorce. Before Judge Morris. Cobb superior court. December 28, 1912.

*J. Z. Foster,* for plaintiff.